**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re    Charles Wesley MacDonald                    Case No. 12-39028-LMI
                                                     Chapter 7

_____Debtor_____/

## JOINT MOTION FOR ORDER DISBURSING
## POST-PETITION RENT DEPOSITED BY DEBTOR

Pursuant to Local Rule 9013-1 (C) (1), debtor moves the Court for an Order disbursing funds deposited with the U.S. Bankruptcy Court Clerk and states:

1. On December 4, 2012, the debtor deposited $22.00 with the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 362 (l) (1).

2. This money represented the rent that became due on January 1, 2013, which was within the 30 day period after the filing of the bankruptcy petition.

3. Counsel for Debtor's landlord, Miami-Dade Public Housing Agency, and Debtor's counsel have agreed that the $22.00 should be disbursed as follows: $22.00 payable to Miami-Dade Public Housing Agency, c/o Neil De Leon, Esq., DeLeon & DeLeon, 66 W. Flagler St., Suite 800, Miami, FL 33130.

WHEREFORE, Debtor, along with the Miami-Dade Public Housing Agency, request that the $22.00 deposited by Debtor in the Court Registry be disbursed in accordance with the terms of paragraph 3 above.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2102.910(A).

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI
Ely Gonzalez, Esq.
Attorney for Debtor
FL BAR NO.: 0055879
3000 Biscayne Blvd., Suite 500
Miami, Florida 33133
Telephone: (305) 438-2407
Facsimile: (305) 573-5800

BY: _____

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was served on __7/2/13__, by U.S. Mail on Neil DeLeon, Esq., DeLeon & DeLeon, 66 W. Flagler St., Suite 800, Miami, FL 33130 and the following parties via Notice of Electronic Filing:

Office of the U.S. Trustee

Barry Mukamal, Chapter 7 Trustee

_____
Ely Gonzalez, Esq.