

ORDERED in the Southern District of Florida on July 3, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re    Charles Wesley MacDonald                Case No. 12-39028-LMI
                                                 Chapter 7

_____Debtor_____/

### AGREED ORDER GRANTING MOTION TO DISBURSE POST-PETITION RENT DEPOSITED BY DEBTOR

**THIS MATTER** came before this Court without holding a hearing on the Joint Motion to Disburse Post-Petition Rent Deposited by Debtor, and the Court being fully advised, it is–

ORDERED and ADJUDGED that:

1. The Joint Motion is GRANTED.

2. The $22.00, which Debtor deposited with this Court as post-petition rent and which is represented by receipt #297544, shall be disbursed to Miami-Dade Public Housing Agency, c/o Neil DeLeon, Esq., DeLeon & DeLeon, 66 W.

Flagler St., Suite 800, Miami, FL 33130.

# # #

**Copies furnished to:**
Ely Gonzalez, Esq.
Legal Services of Greater Miami, Inc.
3000 Biscayne Blvd., Suite 500
Miami, FL 33137

Attorney for Debtor is directed to serve this notice on all parties and file a certificate of service with the Court.